## Central R. R. Co. of New Jersey *v.* Public Service Commission.

OPINION BY HEAD, J., March 9, 1917:

For the reasons set forth in the opinion this day filed in No. 262 of October Term, 1916, the order of The Public Service Commission is reversed and the record remitted to that body with direction to dismiss the complaint, the appellee for costs.

## Philadelphia & Reading Railway Co. *v.* Public Service Commission.

OPINION BY HEAD, J., March 9, 1917:

For the reasons set forth in the opinion this day filed in No. 262 of October Term, 1916, the order of The Public Service Commission is reversed and the record remitted to that body with direction to dismiss the complaint, the appellee for costs.

## Commonwealth ex rel. *v.* Sachse, Appellant.

*Poor laws—Grandparent and grandchild — Support — Municipal Court of Philadelphia County—Jurisdiction.*

Under the Act of July 12, 1913, P. L. 711, the Municipal Court of Philadelphia County has no jurisdiction to make an order on a grandparent for the support of his grandchild.

Argued Oct. 20, 1916.   Appeal, No. 160, Oct. T., 1916, by defendant, from order of Municipal Court Philadelphia Co., Feb., 1914, No. 127, for support in case of Commonwealth ex rel. Helen Kaercher v. Julius Sachse and